IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD HYPPOLITE, | |
| Plaintiff, | No. 3:11-CV-627 |
| v. | (JUDGE CAPUTO) |
| JEAN NAPOLITANO, | (MAGISTRATE JUDGE SMYSER) |
| Respondent. | |

## ORDER

**NOW** this 20th day of October, 2011, upon review of Magistrate Judge Smyser's Report and Recommendation (Doc. 9) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 9) is **ADOPTED**.

(2) The case is **DISMISSED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge